**KELSEY A. SABOL**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Kelsey.Sabol@usdoj.gov

FILED

MAY 20 2024

Clerk, U.S. Courts
District Of Montana
Billings Division

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DARRIEN CHRISTIAN SNOW, Defendant. | CR 24-75-BLG-SPW<br><br>**INDICTMENT**<br><br>**PROHIBITED PERSON IN POSSESSION OF A FIREARM**<br>Title 18 U.S.C. § 922(g)(8)<br>(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>**CRIMINAL FORFEITURE**<br>Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

That on or about March 11, 2024, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, DARRIEN CHRISTIAN SNOW, knowing he was subject to a court order, issued after a hearing of which he received

1

actual notice and at which he had an opportunity to participate, restraining him from harassing, stalking, and threatening an intimate partner and child of an intimate partner, and engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child, and that by its terms explicitly prohibited the use, attempted use and threatened use of physical force against such intimate partner and child that would reasonably be expected to cause bodily injury, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(8).

## FORFEITURE ALLEGATION

If convicted of the offense charged in this indictment, the defendant, DARRIEN CHRISTIAN SNOW, pursuant to 18 U.S.C. § 924(d), shall forfeit to the United States any firearm and ammunition used and involved in a knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
JESSE A. LASLOVICH
United States Attorney

_____
(For) CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney