IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRIEN CHRISTIAN SNOW,<br><br>Defendant. | CR 24-75-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc 37), and for good cause being shown,

**IT IS HEREBY ORDERED** that the forfeiture action in the above-captioned case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of March, 2025.

SUSAN P. WATTERS
United States District Judge

1